**Order entered January 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01284-CR

**CARNELL LEE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-62651-Y**

## ORDER

The State's January 12, 2015 motion for extension of time to file the State's brief is GRANTED. The State's brief given into the clerk's custody is ORDERED filed in the above cause.

/s/ LANA MYERS
   JUSTICE